IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Ana Lopez, <br><br> Plaintiff(s), <br><br> v. <br><br> Cenlar FSB, <br><br> Defendant(s). | No. 22-cv-06827 <br><br> Judge John F. Kness |

## ORDER

Telephonic motion hearing held on 3/16/2023. For the reasons stated on the record, Plaintiff's motion to remand [12] is granted. Accordingly, this case is remanded forthwith to the Circuit Court of Cook County. All pending hearing dates and motions are stricken. Enter judgment order. Civil case terminated.

(0:15)

SO ORDERED.

Date: March 16, 2023

JOHN F. KNESS
United States District Judge