ILND 450 (Rev. 04/29/2016)  Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Ana Lopez,<br><br>Plaintiff,<br><br>v.<br><br>Cenlar FSB,<br><br>Defendant. | No. 22-cv-06827<br>Judge John F. Kness |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s);

which ☐ includes  pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: Case remanded, without prejudice, to the Circuit Court of Cook County, Illinois.

---

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge John F. Kness on Plaintiff's motion to remand (Dkt. 12).

SO ORDERED in No. 22-cv-06827.

Date: March 16, 2023

_____
JOHN F. KNESS
United States District Judge